FILED

12/09/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0400

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 21-0400

IN THE MATTER OF:

H.K.,

A Youth in Need of Care.

## ORDER

Upon consideration of Appellant Mother's Motion to Voluntarily Dismiss her appeal, and good cause appearing therefore,

IT IS HEREBY ORDERED that Appellant's appeal in the above-entitled matter is hereby DISMISSED, with prejudice.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
December 9 2021